ROSENGARD ET AL. *v.* CITY OF BOSTON ET AL.

No. 566.   Decided December 16, 1957.

*Samuel P. Sears* for appellants.

*J. Edward Keefe, Jr.* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.